# SEMMES, BOWEN & SEMMES

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

TELEPHONE 410-539-5040

FACSIMILE 410-539-5223

WWW.SEMMES.COM

**Thomas V. McCarron**
Direct Dial: 410-576-4854
Email: tmccarron@mail.semmes.com

OFFICES IN
WASHINGTON, D.C.
TOWSON, MARYLAND
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
McLEAN, VIRGINIA

June 1, 2000

___ FILED ___ ENTERED
___ ___

JUN 2 2000

CLERK
DISTRICT OF MARYLAND
BY ___ DEPUTY

**HAND DELIVERY**

The Honorable William M. Nickerson
United States District Judge
U.S. District Court for the
 District of Maryland
101 W. Lombard Street, Room 330
Baltimore, Maryland 21201

    RE:    <u>Bernice C. Long, III v. Frank Tyrolt</u>
             Civil Action No. WMN 00CV1094
             Our File No.: 772-113

Dear Judge Nickerson:

    I write pursuant to the Court's Scheduling Order to provide the number of deposition hours requested by each side. Each side respectfully requests twenty (20) hours of deposition time.

    Thank you very much for your kind consideration of this joint request.

" _APPROVED_ " THIS _2nd_ DAY
OF _June_ , 20 _00_
_[signature]_
UNITED STATES DISTRICT JUDGE

Very truly yours,

_[signature]_
Thomas V. McCarron

TVM:lse
cc:    Gill Cochran, Esq.

(B0128323.WPD;1)