# SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

Thomas V. McCarron
Direct Dial: 410-576-4854
Email: tmccarron@mail.semmes.com

TELEPHONE 410-539-5040

FACSIMILE 410-539-5223

WWW.SEMMES.COM

OFFICES IN
WASHINGTON, D.C.
TOWSON, MARYLAND
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
McLEAN, VIRGINIA

October 2, 2000

**HAND DELIVERY**
The Honorable William M. Nickerson
United States District Judge
U.S. District Court for the
 District of Maryland
101 W. Lombard Street, Room 330
Baltimore, Maryland 21201



    RE:    *Bernice C. Long, III v. Frank Tyrolt*
              **Civil Action No. WMN-00-CV-1094**

Dear Judge Nickerson:

    I write on behalf of the parties to provide the status letter as per the Court's May 18, 2000 Scheduling Order.

    In terms of discovery, it is not anticipated that either side will need any further depositions or discovery requests, except requests for admissions which under the Scheduling Order are due on October 10. The Defendant is still awaiting some medicals of the Plaintiff. The Plaintiff is an out-of-state resident and obtaining medical records must be made either by means of subpoena or through authorization. Plaintiff has been very cooperative thus far in executing medical authorizations. The point is that the defense expects to be receiving some additional records which may be the subject of requests for admissions, so the parties would respectfully request and extension to file requests for admissions at least with respect to documents until November 10. It is not anticipated that any of the other dates contained in the Scheduling Order need to be changed. It is also not anticipated that further discovery such as depositions will be needed after receipt of the documents.

    There are no motions pending and it is not anticipated that either side will file dispositive pre-trials motions.

"  APPROVED  " THIS 4th DAY
OF  October , 20 00

_____
UNITED STATES DISTRICT JUDGE

# Semmes, Bowen & Semmes
A PROFESSIONAL CORPORATION

The Honorable William M. Nickerson
October 2, 2000
Page 2

The case is scheduled to be tried before a jury and the anticipated length of trial is approximately 2 days.

Although the parties have not met formally to discuss settlement, the parties' attorneys have discussed settlement over the telephone and in person at the Plaintiff's deposition. The parties are hopeful that an amicable settlement will be reached before October 30, in other words before the pre-trial conference. If the parties are unable to resolve the case by the time of the pre-trial conference, it is anticipated that the parties will request that the matter be referred to a magistrate judge for an alternative dispute resolution conference.

The parties do not consent to have the case tried before a U.S. Magistrate Judge. There are no other matters that the parties believe should be brought to the Court's attention.

Very truly yours,

Thomas V. McCarron /dlc

Thomas V. McCarron
Attorney for Defendant
Frank Tyrolt

TVM/dlc
cc:   Gill Cochran, Esq.

(B0150844.WPD;1)