# SEMMES, BOWEN & SEMMES
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

TELEPHONE 410-539-5040

FACSIMILE 410-539-5223

WWW.SEMMES.COM

Thomas V. McCarron
Direct Dial: 410-576-4854
Email: tmccarron@mail.semmes.com

OFFICES IN
WASHINGTON, D.C.
TOWSON, MARYLAND
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
McLEAN, VIRGINIA

November 20, 2000

The Honorable William M. Nickerson
United States District Judge
U.S. District Court for the
 District of Maryland
101 W. Lombard Street, Room 330
Baltimore, Maryland 21201

    RE:    *Bernice C. Long, III v. Frank Tyrolt*
            Civil Action No. WMN-00-CV-1094

Dear Judge Nickerson:

    I write on behalf of the parties to provide another status in this case.

    The two sides are continuing to negotiate a settlement in this case. The defense is still awaiting some documents in response to authorizations for the release of records which have taken longer to arrive than had been anticipated. It is expected that once these records arrive, that the two parties will be able to engage in fruitful negotiations without further need of the Court's assistance. We would kindly request, therefore, that a scheduling conference for now not be scheduled and that the parties have until November 30 to provide the Court with another status report and hope that by November 30, the case can be settled.

APPROVED THIS 21st DAY
November 00

Very truly yours,

Thomas V. McCarron
Attorney for Defendant Frank Tyrolt

TVM/dlc
cc:    Gill Cochran, Esq.
(B0158732.WPD;1)

