# SEMMES, BOWEN & SEMMES

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

TELEPHONE 410-539-5040

FACSIMILE 410-539-5223

WWW.SEMMES.COM

Thomas V. McCarron
Direct Dial: 410-576-4854
Email: tmccarron@mail.semmes.com

OFFICES IN
WASHINGTON, D.C.
TOWSON, MARYLAND
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
McLEAN, VIRGINIA

November 30, 2000

The Honorable William M. Nickerson
United States District Judge
U.S. District Court for the
 District of Maryland
101 W. Lombard Street, Room 330
Baltimore, Maryland 21201

    RE:    *Bernice C. Long, III v. Frank Tyrolt*
             Civil Action No. WMN-00-CV-1094

Dear Judge Nickerson:

    As promised in our last status report, I write to provide yet another status report by November 30. Unfortunately, the parties were a bit optimistic in providing a November 30 date by which to conclude settlement negotiations. We have only recently received some of the records that were outstanding as of my last status report, and they need to be evaluated for purposes of settlement. For instance, we have only yesterday received information with respect to the amount of the workers' compensation lien. I would therefore ask on behalf of the parties the Court's indulgence until December 20th to provide another status report which hopefully will advise the Court that the matter has been resolved. If by December 20 the parties have not resolved the matter, the parties will then ask for a scheduling/pre-trial conference.

                      Very truly yours,

                      Thomas V. McCarron
                      Attorney for Defendant Frank Tyrolt

TVM/dlc
cc:    Gill Cochran, Esq.
(B0161207.WPD;1)



APPROVED 1st DAY
OF December 00
[signature] William Nickerson
UNITED STATES DISTRICT JUDGE