ATTORNEY AT LAW

116-B CATHEDRAL STREET, P.O. BOX 1688, ANNAPOLIS, MARYLAND 21404- 688
www.gillcochran.com

GILL COCHRAN • G. ANDREW COCHRAN • MANDEEP CHHABRA • ELIZABETH ECKHARDT

FILED
2001 FEB 28  P 1: 49

ANNAPOLIS
410 268 5515

BALTIMORE
410 269 1552

WASHINGTON
301 261 2442

TOLL FREE
888 268 5515

FAX
410 268 2139

February 26, 2001

The Honorable William M. Nickerson
United States District Judge
U.S. District Court for the
    District of Maryland
101 W. Lombard Street, Room 330
Baltimore, MD 21201

Re:    Bernice Long, III v. Frank Tyrolt
       Civil Action No. WMN-00-CV-1094

Dear Judge Nickerson,

Pursuant to your scheduling order dated February 1, 2001, I would request this case not be dismissed with prejudice for an additional thirty day period.

Although parties have negotiated a settlement agreement it has not been executed due to the involvement of the North Carolina Workers' Compensation Commission. Any settlement must be approved by the commission due to a workers' compensation lien which has been placed on the settlement proceeds.

My office submitted the proposed settlement to the commission through Plaintiff's North Carolina counsel approximately 30 days ago. We have not yet received a response from the commission.

Defense counsel is aware of the North Carolina requirement and has agreed to this request.

We expect approval from the commission but we would prefer to wait for official notice before having the case dismissed with prejudice.

Thank you for your consideration.

Sincerely,

Gill Cochran

GC:msc
cc: Thomas McCarron, Esq.

APPROVED
OF February.    01    28th