IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BERNICE C. LONG, III                        *

    Plaintiff                              *

v.                                          *   CIVIL ACTION NO. WMN-00CV-1094

FRANK TYROLT                                *

    Defendant                              *

    *   *   *   *   *   *   *   *   *   *   *   *   *

## STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of this case with prejudice.

_____          _____
Gill Cochran                         Thomas V. McCarron, #08145
Mandeep Chhabra                      Semmes, Bowen & Semmes
116B Cathedral Street                250 West Pratt Street
P.O. Box 1688                        Baltimore, Maryland 21201
Annapolis, Maryland 21404            (410) 539-5040
(410) 269-1552

Attorneys for Plaintiffs             Attorneys for Defendant


(B0171665.WPD;1)                     " _APPROVED_ " THIS _8th_ DAY
                                     OF _May_, 20_01_
                                     _____
                                     UNITED STATES DISTRICT JUDGE

9